**Order entered May 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01146-CV

**WILLIAM DAVID HOLLIDAY, Appellant**

**V.**

**JOSEPH WICKER GRAY, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10117**

## ORDER

Before the Court is appellant's May 3, 2019 motion for judgment against appellee. We

**DENY** the motion.

/s/    BILL WHITEHILL
        JUSTICE